IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA FOR THE USE OF TWIN CITY MASONRY-HALL, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | 8:11CV351 |
| vs. | ) ) | ORDER |
| RONCO CONSTRUCTION COMPANY, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

This matter is before the court *sua sponte*. On November 21, 2011, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. **See** Filing No. 11. On December 6, 2011, the court extended the deadline for the parties to file their report. **See** Filing No. 13 - Text Order. The parties' deadline for filing the report was January 17, 2012. However, no planning report has been filed to date. Accordingly,

**IT IS ORDERED:**

The parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) **on or before the close of business on February 16, 2012, or** show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f).

DATED this 2nd day of February, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge